1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5                                 * * *

6    JERRY D. POUGH,                        Case No. 3:24-cv-00049-MMD-CSD

7                          Petitioner,                 ORDER

8         v.

9    WILLIAM GITTERE, *et al*.,

10                       Respondents.

11

12         Jerry D. Pough appears to have styled his *pro se* filing as a petition for writ of

13   habeas corpus. (ECF No. 1-1.) His application to proceed *in forma pauperis* (ECF No. 1)

14   is granted. The Court has reviewed the filing pursuant to Habeas Rule 4, and it suffers

15   from various defects. First, it is not on the Court-required form for a habeas corpus

16   petition, nor does it substantially follow the form. LSR 3-1. Further, Pough's allegations

17   do not appear to state claims that sound in habeas corpus. His claims are not easy to

18   discern, but he seems to seek to challenge his conditions of confinement. He alleges that

19   he is suffering from a "fish parasite" in his stomach, that he has a "massive intestinal

20   blockage," that his food is being poisoned, and that medical staff have refused or halted

21   his prescriptions. (ECF No. 1-1 at 1-2.) While unclear, Pough's filing may implicate his

22   civil rights under 28 U.S.C. § 1983.[1] But as he does not allege that his conviction or

23   sentence violate his constitutional rights, he states no claims for which habeas relief may

24   be granted. *See* 28 U.S.C. § 2254. The Court, therefore, dismisses this petition for failure

25   to state claims for which habeas relief may be granted.

26

27
          [1]The Court notes that Pough has previously filed civil rights actions here and has
28   been specifically advised as to how to draft a complaint pursuant to § 1983. *See, e.g*.,
     3:15-cv-00443-MMD-VPC, ECF No. 23 at 4-5.

1       It is therefore ordered that the application to proceed *in forma pauperis* (ECF No.

2   1) is granted.

3       The Clerk of Court is directed to detach and file the petition (ECF No. 1-1).

4       It is further ordered that the petition is dismissed with prejudice for failure to state

5   a claim for which relief may be granted.

6       It is further ordered that a certificate of appealability will not issue.

7       The Clerk of Court is directed to enter judgment accordingly and close this case.

8       DATED THIS 26th day of February 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2